UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| TOMMY L. PINKARD, ) | |
| ) | |
| Petitioner ) | |
| ) | |
| v. ) | Case No. 4:05-cv-01063-JHH-HGD |
| ) | |
| ARNOLD HOLT, WARDEN, and ) | |
| THE ATTORNEY GENERAL OF ) | |
| THE STATE OF ALABAMA, ) | |
| ) | |
| Respondents ) | |

**FINAL JUDGMENT**

On June 5, 2006, the magistrate judge's report and recommendation was entered and the parties were allowed therein eleven (11) days in which to file objections to the recommendations made by the magistrate judge. No objections have been filed by the petitioner or the respondents.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge and it is therefore

ORDERED, ADJUDGED and DECREED that the petition for writ of habeas corpus in this action be and the same hereby is DENIED.

**DONE** this the   5th   day of July, 2006.

_____
SENIOR UNITED STATES DISTRICT JUDGE